UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**H.I.P. HOT-IN-PLACE PAVING, LLC,**

    **Plaintiff(s),**

v.                                           CASE NO:  8:11-CV-2275-T-30AEP

**IOC COMPANY, LLC,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Pursuant to Rule 41(a) (Dkt. #3).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on October 13, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2275 dismiss 3.docx