UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

H.I.P. HOT-IN-PLACE PAVING, LLC,

    Plaintiff(s),

v.        CASE NO: 8:11-CV-2275-T-30AEP

IOC COMPANY, LLC,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Pursuant to Rule 41(a) (Dkt. #3). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on October 13, 2011.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2275 dismiss 3.docx